```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03640
    JENNIFER R HOLMES
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-0232

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 03/01/2007 and was confirmed 06/27/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/17/2007.
-------------------------------------------------------------------------------
CREDITOR NAME                  CLASS           CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                   PAID            PAID
-------------------------------------------------------------------------------
PEOPLES CHOICE HOME LOAN  CURRENT MORTG        .00                 .00              .00
PEOPLES CHOICE HOME LOAN  MORTGAGE ARRE        .00                 .00              .00
PEOPLES CHOICE HOME LOAN  NOTICE ONLY    NOT FILED                 .00              .00
AMC MORTGAGE SERVICES     CURRENT MORTG        .00                 .00              .00
AMC MORTGAGE SERVICES     MORTGAGE ARRE        .00                 .00              .00
CITY OF CHICAGO WATER DE  SECURED           600.00                 .00            40.00
CITY OF CHICAGO WATER DE  SECURED           480.98                 .00            40.00
CITY OF CHICAGO WATER DE  SECURED           560.42                 .00            60.00
GRP FINANCIAL SERVICES C  SECURED NOT I  NOT FILED                 .00              .00
JAGUAR CREDIT             SECURED NOT I  NOT FILED                 .00              .00
JAGUAR CREDIT             SECURED NOT I  NOT FILED                 .00              .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG        .00                 .00              .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE        .00                 .00              .00
ILLINOIS DEPT OF REVENUE  PRIORITY          173.62                 .00              .00
ILLINOIS DEPT OF REVENUE  PRIORITY       NOT FILED                 .00              .00
INTERNAL REVENUE SERVICE  PRIORITY         1658.80                 .00              .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED                 .00              .00
BANCO POPULAR             UNSECURED      NOT FILED                 .00              .00
CAPITAL ONE               UNSECURED        1153.92                 .00              .00
CHASE                     UNSECURED      NOT FILED                 .00              .00
M3 FINANCIAL SERVICES IN  UNSECURED      NOT FILED                 .00              .00
WASHINGTON MUTUAL CARD S  UNSECURED      NOT FILED                 .00              .00
RHONDA CONLEY             NOTICE ONLY    NOT FILED                 .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        3739.18                 .00              .00
CODILIS & ASSOCIATES      NOTICE ONLY    NOT FILED                 .00              .00
WELLS FARGO HOME MORTGAG  NOTICE ONLY    NOT FILED                 .00              .00
INTERNAL REVENUE SERVICE  UNSECURED         416.71                 .00              .00
ILLINOIS DEPT OF REVENUE  UNSECURED          15.80                 .00              .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      84.00                 .00            84.00
CITY OF CHICAGO WATER DE  SECURED NOT I        .00                 .00              .00
CITY OF CHICAGO WATER DE  SECURED NOT I        .00                 .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,800.00                                334.60

                     PAGE  1 - CONTINUED ON NEXT PAGE
           CASE NO. 07 B 03640 JENNIFER R HOLMES
```

```
TOM VAUGHN                 TRUSTEE                                       41.40
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
   ------------------------------------------------------------------------
                           RECEIPTS         DISBURSEMENTS
   ------------------------------------------------------------------------
TRUSTEE                      600.00

PRIORITY                                          84.00
SECURED                                          140.00
UNSECURED                                           .00
ADMINISTRATIVE                                   334.60
TRUSTEE COMPENSATION                              41.40
DEBTOR REFUND                                       .00
                           ---------------   ---------------
TOTALS                       600.00              600.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


   Dated: 01/25/08                    /s/ Tom Vaughn
                                      _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE


                            PAGE   2
         CASE NO. 07 B 03640 JENNIFER R HOLMES